**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,                    No. 25-CR-251(6) (KMM/SGE)

      Plaintiff,

v.                                                                    **ORDER**

6. ROMELLE VANN,

      Defendant.

On June 8, 2026, United States Magistrate Judge Shannon G. Elkins issued a combined Order and Report and Recommendation in this matter ("the Order and R&R"). (Dkt. 289, 290.[1]) In the Order and R&R, Judge Elkins addresses the following pretrial motions filed by Defendant Romelle Vann: (1) motion to dismiss Count Eight of the Indictment (Dkt. 242); (2) motion for disclosure of police personnel data (Dkt. 241); and (3) motion for disclosure of confidential informants (Dkt. 243). Judge Elkins denied the two discovery motions and recommended the motion to dismiss be denied as well. Mr. Vann filed timely objections (Dkt. 308) to the Order and R&R. *See* D. Minn. LR 72.2(a)(1), (b)(1) (setting 14-day deadlines for a party to file and serve written objections to both orders on nondispositive matters and R&Rs on dispositive motions).

---

[1] The Order and R&R is docketed twice in identical form at docket entries 289 and 290.

1

### *Discovery Motions*

The "standard of review applicable to an appeal of a magistrate judge's order on non-dispositive pretrial motions is extremely deferential." *United States v. Duffy*, No. 25-cr-289(2) (LMP/EMB), 2026 WL 1535066, at *3 (D. Minn. June 1, 2026) (quoting *United States v. Banks*, No. 23-cr-307 (JRT/DTS), 2025 WL 2621753, at *8 (D. Minn. Sept. 11, 2025)). The Court reviews Mr. Vann's objections to decide whether Judge Elkins's Orders are "contrary to law or clearly erroneous." *Id.* (quoting *Banks*, 2025 WL 2621753, at *8).

Mr. Vann argues that Judge Elkins erred when she denied two of his discovery motions: a request for disclosure of all personnel files related to any officers involved in the investigation of the case, and a motion for disclosure of the identifies of all informants. The Court has reviewed Judge Elkins's analysis and agrees with it in full. Both motions are, therefore, denied without prejudice. If Mr. Vann develops information that would render these items discoverable under the relevant caselaw, he may renew the motions at an appropriate time.

### *Motion to Dismiss*

Regarding Mr. Vann's objections to the recommended denial of his motion to dismiss Count Eight of the Indictment, the Court reviews the matter de novo and may "accept, reject, or modify, in whole or in part, the findings or recommendations made" by Judge Elkins. *See Duffy*, 2026 WL 1535066, at *3 (quoting 28 U.S.C. § 636(b)(1)(C)).

In his motion to dismiss, Mr. Vann raises a Second Amendment challenge to Count Eight of his Indictment, which charges him with being a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). Judge Elkins recommended that this motion be

2

denied based on binding Eighth Circuit caselaw. (Dkt. 290 at 3 (citing *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024)). Because the Eighth Circuit law is settled on this point, which Mr. Vann concedes (Dkt. 308 at 2), the Court agrees that the motion to dismiss must be denied. Moreover, even though *United States v. Hemani* recently held that 18 U.S.C. § 922(g)(3)'s categorical prohibition on the possession of firearms by unlawful users of controlled substances was unconstitutional, the Supreme Court reiterated that "nothing in [*Hemani*] should be taken to cast doubt" on the constitutionality of § 922(g)(1). 146 S. Ct. 1677, 1692 n.6 (June 18, 2026). For these reasons, the Court adopts the R&R and overrules Mr. Vann's objections.

## ORDER

For these reasons, **IT IS HEREBY ORDERED THAT:**

1. Defendant Romelle Vann's Objections (Dkt. 308) are **OVERRULED**.

2. The Order and R&R (Dkt. 289, 290) is **ACCEPTED** in full.

   a. Mr. Vann's Motion to Dismiss Count Eight of the Indictment (Dkt. 242) is **DENIED**.

   b. The Order denying Mr. Vann's Motion for Disclosure of Police Personnel Data (Dkt. 241) and his Motion for Disclosure of Confidential Sources (Dkt. 243) is **AFFIRMED**.

Date: July 30, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge

3